UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **BARBARA WHITE** | **CIVIL ACTION NO. 1:21-CV-04075** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LANCER INSURANCE CO., ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 24] of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that Plaintiff, Barbara White's MOTION TO REMAND [Doc. 21] is GRANTED for lack of diversity jurisdiction.

IT IS FURTHER ORDERED that this case is REMANDED to the Seventh Judicial District Court for the Parish of Concordia, State of Louisiana.

THUS, DONE AND SIGNED in Chambers, this 6th day of July 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE